NANCY ADAMS, Respondent, v. THE MISSOURI PACIFIC RAILWAY CO., Appellant.

Kansas City Court of Appeals, July 6, 1885.

REVERSED.—This case is in all respects, like the case between the same parties, *decided at the present term* (*ante*, p. 373); and for the reasons given in that case the judgment will be reversed.

APPEAL from Randolph Circuit Court, HON. GEO. H. BURCKHARTT, J.

*Reversed and remanded.*

ADAMS & BOWLES, for the appellant.

No brief on file for the respondent.

Opinion by ELLISON, J.

This case is in all respects like the case between the same parties decided at the present term (*ante*, p. 373),

and for the reasons given in that case the judgment will be reversed, and the cause remanded, to be proceeded with as is directed in that case. All concur.